IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER BELFI | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-3062 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## <u>ORDER</u>

AND NOW, this 23rd day of August, 2024, upon consideration of Defendant City of Philadelphia's Motion to Dismiss (ECF No. 14) and pro se Plaintiff Alexander Belfi's Response, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED:

1. The Motion is GRANTED.

2. The Fourteenth Amendment procedural and substantive due process claims, Fifth Amendment Takings Clause claim, First Amendment right of access claim, federal antitrust claims, and negligent demolition claim in Belfi's Amended Complaint are DISMISSED with prejudice.

3. The Fourth Amendment seizure of property claim is DISMISSED without prejudice.

It is FURTHER ORDERED Belfi is GRANTED leave to file a second amended complaint; provided, however, that Belfi shall not file a second amended complaint until the Court has ruled on all of the outstanding motions to dismiss the Amended Complaint in this action (ECF Nos. 16, 19, 33, and 36). Belfi is directed to adhere to the requirements of Federal Rule of Civil Procedure 8, use numbered paragraphs, and list all defendants he wishes to assert claims against in the caption. Finally, the Court notes any second amended complaint should adhere to the Court's rulings on all motions to dismiss. An amended complaint which does not do so may be stricken.

BY THE COURT:


<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.